UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TIFFANY PARADISE,**

   Plaintiff,

v.   No. 4:22-cv-00666-P

**MATTHEW WHEELER ET AL.,**

   Defendants.

# FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order (ECF No. 59), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **8th day of October 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE