UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

_Paradise_, Plaintiff

vs.

_Matthew Wheeler, et al._, Defendant

CASE NO. _4:22-CV-666-P_

## ORDER GRANTING MOTION TO WITHDRAW FUNDS

Before the Court is a Motion to Withdraw Funds from the Registry of the Court by movant _Hudson Perry Wills_, filed on _10/23/2025_. The Motion is **GRANTED**.

Because Plaintiff has reached the age of majority, the Clerk is **ORDERED** to release the Minors's Settlement funds held on behalf of movant _Hudson Perry Wills_, from the Registry of the Court in the total amount of $_4,426.90_, plus any interest, payable to _Hudson Perry Wills_ at _3121 Sangria Lane, Fort Worth, TX 76177_.

It is further ORDERED that the Clerk maintain the image of the Motion to Withdraw Funds from the Registry of the Court (Document # _61_) under seal to protect the private information movant attached to this motion consistent with Rule 5.2 of the Federal Rules of Civil Procedure.

If the motion was filed _pro se_ by the movant, movant is not to be added to the docket, but the CLERK IS DIRECTED to send a copy of this order to the movant at the address provided in the motion.

SO ORDERED.

_10/30/2025_
DATE

_Mark T. Pittman_
PRESIDING JUDGE